No. 83–803. SCHULTZ v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 83–805. WILLIAMS v. TEXAS DEPARTMENT OF HUMAN RESOURCES ET AL. Ct. App. Tex., 2d Sup. Jud. Dist. Certiorari denied.

No. 83–814. BERRY & GORE, LTD. v. ADMINISTRATOR, ILLINOIS ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION. Sup. Ct. Ill. Certiorari denied.

No. 83–819. METZ v. TOOTSIE ROLL INDUSTRIES, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–821. WHITE HYDRAULICS, INC., ET AL. v. SAUER-GETRIEBE, KG. C. A. 7th Cir. Certiorari denied.

No. 83–822. WILLIAMS v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. C. A. D. C. Cir. Certiorari denied.

No. 83–823. CLACKAMAS COUNTY HOUSING AUTHORITY ET AL. v. TELFORD. C. A. 9th Cir. Certiorari denied.

No. 83–827. KAPOCSI v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 83–839. HAWTHORNE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–842. RUSSELL v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 83–843. RIFE v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 83–847. KOURAKOS v. TULLY ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 83–852. BELL v. SELLEVOLD ET AL. C. A. 8th Cir. Certiorari denied.